```
IN THE UNITED STATES DISTRICT COURT
   FOR THE NORTHERN DISTRICT OF TEXAS
            FORT WORTH DIVISION
```

| | |
|---|---|
| ROOSEVELT WASHINGTON § | |
| § | |
| VS. § | CIVIL ACTION NO.4:07-CV-770-Y |
| § | |
| MICHAEL J. ASTRUE § | |
| Commissioner of § | |
| Social Security § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## FINDINGS, CONCLUSIONS, AND RECOMMENDATION

On January 23, 2009, the United States magistrate judge issued his proposed findings, conclusions, and recommendation ("findings") in the above-styled and -numbered cause. In his findings, the magistrate judge recommended that the Court affirm the decision of the commissioner of the Social Security Administration denying plaintiff Roosevelt Washington's claim for supplemental security income under Title XVI of the Social Security Act. *See* 42 U.S.C. §§ 405(g), 1393(c)(3). All parties had until February 13 to file written objections to the magistrate's proposed findings.

Washington filed objections requesting that the Court reject the magistrate's findings. The commissioner did not file a response. After carefully reviewing the findings, record, case law, and Washington's objections, applying a *de novo* standard of review, the Court concludes that the findings should be and are hereby ADOPTED as the findings and conclusions of the Court for the reasons stated therein.

Accordingly, the Commissioner's decision is AFFIRMED.

SIGNED March 3, 2009.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE